**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>**CLERK OF COURT** | **CRIMINAL SECTION**<br>404-215-1655 |

May 21, 2009

Frank Joseph Petrella
Office of Frank J. Petrella
2302 Brockett Road
Suite D
Tucker, GA  30084

      **RE:**    *USA v. Liaquatali Delawalla*
                Criminal No. 1:97-cr-388-3-WBH

Dear Mr. Petrella:

     Pursuant to Local Rule 79.1D(2), you are hereby notified that the documentary evidence and/or exhibits in the above styled case will be disposed of if you have not recovered same within 30 days.

     Please date and sign the enclosed copy of this letter to acknowledge receipt, specifying how the exhibits should be handled, and return the copy of this letter to this office in the attached envelope.

                                        Sincerely,

                                        James N. Hatten
                                        Clerk of Court

                                            s/Andrea Gee
                                    By:  Andrea Gee
                                          Deputy Clerk

Receipt of the above letter is hereby acknowledged.

____   Exhibits will be picked up no later than _____ (date).

____   Exhibits may be destroyed.

Note:  If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.

**EXHIBITS RECEIVED BY:** _____ .

**THIS** _____ **DAY OF** _____ , 2009.